| | |
|---|---|
| James L. Day (SBN 197158) <br> jday@fbm.com <br> Richard E. Robinson (SBN 280529) <br> rrobinson@fbm.com <br> FARELLA BRAUN + MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone: (415) 954-4400 <br> Facsimile:  (415) 954-4480 <br><br> *Attorneys for Defendants* <br> *Blancco U.S., LLC, Blancco Technology* <br> *Group and Blancco Oy Ltd.* | Joseph S. Bird, III (AL State Bar No. 4170-B49J) <br> (appearance *pro hac vice* pending) <br> Bradley Arant Boult Cummings LLP <br> One Federal Place <br> 1819 Fifth Avenue North <br> Birmingham, AL  35203-2119 <br> P: 205.521.8473 <br> F: 205.488.6473 <br> jbird@bradley.com <br><br> Jeremy A. Smith (AL State Bar No. 1731-J73S) <br> (appearance *pro hac vice* pending) <br> Bradley Arant Boult Cummings LLP <br> 200 Clinton Avenue West, Suite 900 <br> Huntsville, AL  35801 <br> P: 256.517.5141 <br> F: 256.517.5241 <br> jasmith@bradley.com <br><br> Phillip E. Walker (TN State Bar No. 021739) <br> (appearance *pro hac vice* pending) <br> BRADLEY ARANT BOULT CUMMINGS LLP <br> 1600 Division Street, Suite 700 <br> Nashville, TN 37203 <br> P: 615.252.2389 <br> F: 615.248.3019 <br> pwalker@bradley.com <br><br> *Attorneys for Defendants* <br> *Blancco U.S., LLC, Blancco Technology Group* <br> *and Blancco Oy Ltd..* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ITRENEW, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BLANCCO TECHNOLOGY GROUP and BLANCCO OY LTD., <br><br> Defendants. | Case No.  5:16-cv-03221-EMC <br><br> **NOTICE OF APPEARANCE OF RICHARD E. ROBINSON OF FARELLA BRAUN + MARTEL LLP, ON BEHALF OF DEFENDANTS BLANCCO TECHNOLOGY GROUP AND BLANCCO OY LTD.** |

Farella Braun + Martel LLP <br>
235 Montgomery Street, 17th Floor <br>
San Francisco, CA  94104 <br>
(415) 954-4400

NOTICE OF APPEARANCE OF RICHARD E. ROBINSON; Case No. 5:16-cv-03221-EMC

33375\5562376.1

1   TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:

2   Defendants Blancco Technology Group and Blancco Oy Ltd. file this Notice of
3   Appearance and hereby notifies the Court and all parties of record that Richard E. Robinson of
4   the law firm Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA
5   94104, is appearing as counsel for Defendants Blancco Technology Group and Blancco Oy Ltd.,
6   in the above-referenced matter.

7   This Notice of Appearance is intended for the Court's notification of all electronic filings
8   in this matter.  Please direct further pleadings, correspondence and communications to:

>   Richard E. Robinson (State Bar No. 280529)
>   rrobinson@fbm.com
>   Farella Braun + Martel LLP
>   235 Montgomery Street, 17th Floor
>   San Francisco, CA  94104
>   Phone:  (415) 954-4400
>   Fax:  (415) 954-4480

| | |
|---|---|
| 1  Dated: August 8, 2016 | FARELLA BRAUN + MARTEL LLP |
| 2 | |
| 3 | |
| 4 | By:  */s/ Richard E. Robinson*<br>James L. Day |
| 5 | Richard E. Robinson<br>FARELLA BRAUN & MARTEL LLP |
| 6 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 |
| 7 | Telephone: (415) 954-4400<br>Facsimile:  (415) 954-4480 |
| 8 | jday@fbm.com<br>rrobinson@fbm.com |

Dated: August 8, 2016                     FARELLA BRAUN + MARTEL LLP

By:  */s/ Richard E. Robinson*
James L. Day
Richard E. Robinson
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480
jday@fbm.com
rrobinson@fbm.com

Joseph S. Bird, III
(appearance *pro hac vice* pending)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2119
P: 205.521.8473
F: 205.488.6473
jbird@bradley.com

Jeremy A. Smith
(appearance *pro hac vice* pending)
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL  35801
P: 256.517.5141
F: 256.517.5241
jasmith@bradley.com

Phillip E. Walker
(appearance *pro hac vice* pending)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN  37203
P: 615.252.2389
F: 615.248.3019
pwalker@bradley.com

*Attorneys for Defendants*
*Blancco  U.S., LLC, Blancco Technology Group and Blancco Oy Ltd.*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF APPEARANCE OF RICHARD E. ROBINSON; Case No. 5:16-cv-03221-EMC

- 3 -

33375\5562376.1