Alan Engle (Bar No. 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
5151 California Ave., Suite 100
Irvine, CA 92617
Telephone: (310) 428-6985
Facsimile: (714) 386-5368

*Attorney for Declaratory Judgement Plaintiff, ITRenew, Inc.*

James L. Day (SBN 197158)
 jday@fbm.com
Richard E. Robinson (SBN 280529)
 rrobinson@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: (415) 954-4400
Facsimile:   (415) 954-4480

*Attorneys for Defendant
Blancco U.S., LLC*

Joseph S. Bird, III (AL State Bar No. ASB-4170-B49J)
(appearance *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
P: 205.521.8473
F: 205.488.6473
jbird@bradley.com

Jeremy A. Smith (AL State Bar No. ASB-1731-J73S)
(appearance *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama  35801
P: 256.517.5141
F: 256.517.5241
jasmith@bradley.com

Phillip Walker (TN State Bar No. 021739)
(appearance *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
P: 615.252.2389
F: 615.248.3019
pwalker@bradley.com

*Attorneys for Defendant
Blancco U.S., LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ITRENEW, INC., <br><br>            Plaintiffs, <br><br>     vs. <br><br> BLANCCO TECHNOLOGY GROUP and BLANCCO OY LTD., <br><br>            Defendants. | Case No.  5:16-cv-03221-EMC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION OF DISMISSAL
Case No. 5:16-cv-03221-EMC

1  IT IS HEREBY STIPULATED by the parties to this action, through their respective
2  counsel, that this action be dismissed without prejudice pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(A)(ii). Blancco agrees that any future claim against ITRenew for infringement
4  of US patent no. 9,286,231 will be brought in the Northern District of California. The parties will
5  bear their own costs and attorney fees.

6  The parties shall remain subject to the jurisdiction of the Court for the purpose of
7  enforcing the terms of this Stipulated Dismissal.

8  IT IS SO STIPULATED.

9  Dated: March 1, 2017

By: */s/ Alan Engle*

Alan Engle
MEADOR & ENGLE

*Attorney for Declaratory Judgement Plaintiff, ITRenew, Inc.*

Dated: March 1, 2017

By: */s/ James L. Day*

Joseph S. Bird, III (appearance *pro hac vice*)
Jeremy A. Smith (appearance *pro hac vice*)
Phillip Walker (appearance *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP

James L. Day
FARELLA BRAUN & MARTEL LLP

*Attorneys for Defendant Blancco U.S., LLC*

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL
Case No. 5:16-cv-03221-EMC

1

**<u>Attestation</u>**

I, James L. Day, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence of the filing of this document has been obtained from each signatory hereto.

Dated: March 1, 2017

By: */s/ James L. Day*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL
Case No. 5:16-cv-03221-EMC

2